UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERYN HOLCOMB,<br><br>    Plaintiff<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant | Case No.: 2:24-cv-00118-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Target Corporation's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Target Corporation as required by the amendment to that rule.

    I FURTHER ORDER defendant Target Corporation to file a proper certificate of interested parties by January 25, 2024.

    DATED this 18th day of January, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE