**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERYN HOLCOMB, individually<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00118-APG-BNW<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, KATHERYN HOLCOMB, by and thorough her attorney of record, FRANCESCA J. HOVAGIMIAN, ESQ. of THE POWELL LAW FIRM; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff KATHERYN HOLCOMB's Complaint, as well as all cross-claims,

///
///
///
///

*Holcomb v. Target*
Case No.: 2:24-cv-00118-APG-BNW

counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 7 day of March, 2025.                     DATED this 7th day of March, 2025.

**LINCOLN, GUSTAFSON & CERCOS, LLP**       **THE POWELL LAW FIRM**

/s/                                                                        /s/ Francesca Hovagimian

**LOREN S. YOUNG, ESQ.**                              **PAUL D. POWELL, ESQ.**
Nevada Bar No. 7567                                       Nevada Bar No.: 7488
**JULIE A. WHITE, ESQ.**                                **FRANCESCA J. HOVAGIMIAN, ESQ.**
Nevada Bar No. 8725                                       Nevada Bar No.: 16714
7670 W. Lake Mead Blvd., Suite 200             8918 Spanish Ridge Ave., Suite 100
Las Vegas, Nevada 89128                              Las Vegas, Nevada 89148
Attorneys for Defendant,                                Attorneys for Plaintiff,
TARGET CORPORATION                               KATHERYN HOLCOMB

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:   March 10, 2025

-2-